**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ERNEST LEE REYNOLDS, SR. and
KRISTINA R. QUARLES**                                                                           **PLAINTIFFS**

**V.**                        **CASE NO. 5:14-CV-438-KGB-BD**

**JUDY BRAWLEY and
TYRA TYLER**                                                                            **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**      **Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge Kristine G. Baker. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.**      **Discussion:**

Kristina Quarles, an Arkansas Department of Correction ("ADC") inmate, filed this lawsuit pro se under 42 U.S.C. § 1983. She purported to file the complaint on her own behalf and on behalf of Ernest Lee Reynolds, to whom she is engaged to be married. (Docket entry #2) Although both Plaintiffs were allowed to proceed *in forma pauperis*

(#18, #22), the Court previously dismissed the claims raised by Ms. Quarles.  (#37)  The Court allowed Mr. Reynolds to proceed on his first amendment claims.

On January 21, 2016, Defendant Brawley moved for a Court order compelling Mr. Reynolds to respond to her discovery requests.  (#40)  The Court granted the motion to compel on February 11, 2016 and provided Mr. Reynolds fourteen days to respond to the outstanding discovery requests.  (#41)  Mr. Reynolds was specifically cautioned that his claims could be dismissed if he failed to comply with the Court's Order.  See Local Rule 5.5.

As of April 6, 2016, Mr. Reynolds had not complied with the Court's February 11, 2016 Order, and Defendant Brawley moved to dismiss Mr. Reynold's remaining claims.  (#42)  To date, Mr. Brawley has not responded either to the motion to dismiss or to the February 11, 2016 Order requiring him to respond to outstanding discovery requests.

### III.  Conclusion:

The Court recommends that Defendant Brawley's motion to dismiss (#42) be GRANTED.  Mr. Reynolds's claims should be DISMISSED, without prejudice, based on his failure to comply with the Court's February 11, 2016 Order.

DATED this 20th day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE