# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ERNEST LEE REYNOLDS, SR.** and
**KRISTINA R. QUARLES,**                                                           **PLAINTIFFS**

v.                       Case No. 5:14-cv-438 KGB/BD

**JUDY BRAWLEY** and
**TYRA TYLER,**                                                                     **DEFENDANTS**

## ORDER

The Court has received from Magistrate Judge Beth Deere the Partial Recommended Disposition ("Recommendation") (Dkt. No. 30). The parties have not filed objections to the Recommendation, and the time for filing objections has passed. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

On October 2, 2015, an Order was entered dismissing plaintiff Kristina Quarles and dismissing defendant Tyra Tyler (Dkt. No. 37). No party has objected to that Order. Despite the prior Order dismissing Ms. Tyler as a defendant, this Court has considered Mr. Reynolds's claims against her and has determined that those claims should be dismissed.

The Court dismisses without prejudice Mr. Reynolds's deliberate-indifference, conditions-of-confinement, and access-to-the-courts claims.

It is so ordered, this 28th day of April, 2016.

_____
Kristine G. Baker
United States District Judge