IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ERNEST LEE REYNOLDS, SR. and
KRISTINA R. QUARLES                                              PLAINTIFFS

v.                     Case No. 5:14-cv-438 KGB/BD

JUDY BRAWLEY and
TYRA TYLER                                                        DEFENDANTS

## ORDER

The Court has received from Magistrate Judge Beth Deere the Recommended Disposition ("Recommendation") (Dkt. No. 46). The parties have not filed objections to the Recommendation, and the time for filing objections has passed. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects. The Court grants defendant Judy Brawley's motion to dismiss (Dkt. No. 42). Plaintiff Ernest Lee Reynolds, Sr.'s claims are dismissed without prejudice.

It is so ordered, this 5th day of December, 2016.

_____
Kristine G. Baker
United States District Judge