# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**ERNEST LEE REYNOLDS, SR. and**
**KRISTINA R. QUARLES**                                                   **PLAINTIFFS**

**v.**                                     **Case No. 5:14-cv-438 KGB/BD**

**JUDY BRAWLEY and**
**TYRA TYLER**                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this same date, this case is dismissed without

prejudice.  The relief requested is denied.

So adjudged this 5th of December, 2016.

_____

Kristine G. Baker
United States District Court Judge